# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00119-01-CR-W-DGK |
| | ) | |
| JOSHUA L. ALLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 30, 2023, the Grand Jury returned a three-count Indictment charging Defendant Joshua L. Alley with possession of methamphetamine with intent to distribute (Count One), possession of a firearm in furtherance of drug trafficking (Count Two), and being a felon in possession and an unlawful user of a controlled substance in possession of a firearm and ammunition (Count Three).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:

  Government: William A. Alford, III and David Barnes
    Case Agent: Detective Steve Cook
    Paralegal: possibly Geoffrey Gorup
 Defense: Stephen C. Moss and Lesley Diana Smith
    Investigator: Gina Slack

**OUTSTANDING MOTIONS**:

| 11/14/2023 | view34 | REPORT AND RECOMMENDATION as to Joshua L Alley re 24 Motion to Suppress Statements. Objections to R&R due by 11/28/2023. Signed on 11/14/2023 by Magistrate Judge Lajuana M. Counts. (Bliss, Sue) (Entered: 11/14/2023) |
|---|---|---|
| 09/01/2023 | view24 | MOTION to suppress *statements* by Joshua L Alley. Suggestions in opposition/response due by 9/15/2023 unless otherwise directed by the court. (Moss, Stephen) (Entered: 09/01/2023) |

**TRIAL WITNESSES**:
 Government: 7 with stipulations; 10 without stipulations

Defendant: 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
Government: approximately 50 exhibits
Defendant: approximately 20 exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2½ days total**
Government's case including jury selection: 2–2½ day(s)
Defendant: ½ day(s)

**STIPULATIONS**: The parties have stipulated to interstate nexus and prior felony conviction status.

**UNUSUAL QUESTIONS OF LAW:** Potential 404(b) regarding attempt to escape as evidence of consciousness of guilt.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: None filed. **Due on or before November 21, 2023.**
Defendant: None filed. **Due on or before November 21, 2023**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 29, 2023.**

Please Note: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before November 29, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for December 4, 2023.

**Please note:** The Government is flexible. Defense counsel preferers the second week due to recovery time following surgery.

**IT IS SO ORDERED.**

                                            */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE