IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CR-0119-DGK-01 |
| | ) | |
| JOSHUA L. ALLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court are Defendant's motion to suppress statements he made to Detective Steve Cook during his interrogation on May 19, 2023, ECF No. 24, and Magistrate Judge Lajuana M. Count's Report and Recommendation recommending the motion be denied, ECF No. 34. No objections to the report and recommendation have been filed, and the time to do so has expired.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holding that the motion should be denied.

Accordingly, the Court ADOPTS the Report and Recommendation and DENIES Defendant's motion to suppress.

**IT IS SO ORDERED.**

Date:  November 30, 2023            /s/ Greg Kays
                                                                                                               GREG KAYS, JUDGE
                                                                                                               UNITED STATES DISTRICT COURT